NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTERSPORT FASHIONS WEST, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5080

---

Appeal from the United States Court of Federal Claims in case no. 07-CV-739, Chief Judge Emily C. Hewitt.

---

**ON MOTION**

---

**ORDER**

Intersport Fashions West, Inc. moves for a 30-day extension of time, until September 17, 2012, to file its opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 2 3 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Karen M. Borg, Esq.
     Regina S. Moriarty, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 3 2012

JAN HORBALY
CLERK